IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW CHAMLIN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>           Defendants. | Case No. 1:19-cv-03852-AJN |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, the undersigned will move this Court, before the Honorable Alison J. Nathan, at the United States District Courthouse located at 40 Foley Square, Courtroom 906, New York, New York 10007, on a date and time to be set by the Court, to dismiss the Complaint with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Under the Court's So-Ordered Stipulation, dated September 24, 2019 (ECF No. 16), Plaintiff's answering papers, if any, are due on November 6, 2019, and Defendants' reply papers, if any, are due on November 26, 2019.

Dated: September 24, 2019      **O'MELVENY & MYERS LLP**
      New York, New York

                                              */s/ Hannah Y. Chanoine*
                                       Hannah Y. Chanoine
                                       O'Melveny & Myers, LLP
                                       Times Square Tower
                                       7 Times Square
                                       New York, NY, 10036
                                       Telephone: (212) 326-2000
                                       Facsimile: (212) 326-2061
                                       E-mail: hchanoine@omm.com

                                       Richard B. Goetz (Pro Hac Vice pending)
                                       Carlos M. Lazatin (Pro Hac Vice pending)
                                       400 South Hope Street
                                       Los Angeles, California 90071
                                       Telephone: (213) 430-6000
                                       Facsimile: (213) 430-6407
                                       E-mail: rgoetz@omm.com
                                                          clazatin@omm.com

                                       *Counsel for Defendants Johnson & Johnson and McNeil Nutritionals, LLC*