**Attachment A**
**Joint Proposal to Seal Court Records**

| Document | ECF No. | Proposed Sealing | Reasons for Sealing |
|---|---|---|---|
| Defendants' Letter re: Discovery Dispute | 45 | Redact highlighted text in letter | Medical information |
| Ms. Chamlin's Letter re: Discovery Dispute | 47 | Redact highlighted text in letter | Medical information |
| Exhibit A to Defendants' Letter (excerpts of the Deposition of Plaintiff Matthew Chamlin) | 45-1 | File entirely under seal | Subject to the parties' confidentiality order |
| Exhibit B to Defendants' Letter | 45-2 | Redact highlighted text | Personal address information |
| Exhibit A to Ms. Chamlin's Letter (excerpts of the Deposition of Plaintiff Matthew Chamlin) | 47-1 | File entirely under seal | Subject to the parties' confidentiality order |

This Order is made in: *Chamlin v. Johnson & Johnson, et al.*, No. 19cv03852 (AJN) (DF).

The parties' joint requests for redaction and sealing, as specified in the above chart, are granted. In light of this ruling, and given that this Court held a discovery conference in this case on 6/3/2020, the Clerk of Court is directed to close the motions filed at Dkts. 44, 45 and 48.

Dated: 09/29/2020
SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge