USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew Chamlin,

          Plaintiff,

–v–

Johnson & Johnson, *et al.*,

          Defendants.

19-cv-3852 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Defendants in this matter recently submitted via file transfer certain files in connection to their Opposition to Plaintiff's Motion for Class Certification that they seek to file under seal. Defendants are hereby ordered to re-file these documents by CD, DVD, or a USB drive, which shall be mailed directly to chambers. Defendants shall also ensure that Plaintiff has access to these files.

    SO ORDERED.

Dated: October 9, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge